AMOS F. ENO et al., Individually and as Executors of AMOS R. ENO, Deceased, Respondents, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

*Eno* v. *N. Y. Elevated R. R. Co.*, 10 App. Div. 626, affirmed.
(Argued March 13, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1896, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* and *Charles A. Gardiner* for appellants.

*William Mitchell* for respondents.

Judgment affirmed, with costs, on authority of *Jamieson* v. *Kings County Elevated R. Co.* (147 N. Y. 322), and *Witmark* v. *New York Elevated R. R. Co.* (149 N. Y. 393).
All concur, except VANN, J., not voting.

---

JOSEPH A. BARR, Respondent, *v.* HENRY L. FISH, JR., Survivor, etc., and MAUDE A. B. FISH, Executrix of HENRY L. FISH, Deceased, Appellants.

*Barr* v. *Fish*, 87 Hun, 522, affirmed.
(Submitted March 14, 1899; decided April 18, 1899.)

APPEAL, by permission, from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered July 13, 1895, affirming a judgment of the Monroe County Court in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Frederick A. Mann* for appellants.

*John A. C. Wright* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.